UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RONALD SATISH EMRIT                                         CIVIL ACTION

VERSUS

HUNTER MEDICAL SYSTEMS, INC.               NO.: 14-00608-BAJ-RLB

RULING AND ORDER

Before the Court is Plaintiff's **Motion for Preliminary Injunction (Doc. 6)**, filed by Plaintiff Ronald Satish Emrit ("Plaintiff"), pro se, seeking a preliminary injunction "to mandate that the defendant provide a more accurate and detailed account of the plaintiff's medical records and diagnoses." (*See id.* at p. 1).

To be entitled to injunctive relief, the individual seeking relief must show: (1) a substantial likelihood of success on the merits; (2) a substantial threat that he will suffer irreparable injury if the injunction is denied; (3) that the threatened injury outweighs any damage that the injunction will cause the opposing party; and (4) that the injunction will not disserve the public interest. *Sugar Busters LLC v. Brennan*, 177 F.3d 258 (5th Cir. 1999). Plaintiff must prove all four elements in order to prevent the denial of the motion. *Enter. Int'l, Inc. v. Corporacion Estatal Petrolera Ecuatoriana*, 762 F.2d 464, 472 (5th Cir. 1985) (citation omitted).

In short, Plaintiff has failed to establish any of the four elements required to award "the extraordinary and drastic remedy" of injunctive relief. *Enter. Int'l, Inc.*, 762 F.2d at 472 (quotation and citation omitted). In his two-page handwritten

1

motion, Plaintiff simply states in a conclusory fashion his reasons for filing the motion and the relief sought. (*See* Doc. 6). Moreover, at the time of this Ruling, there is no indication that Defendant has been served. As a result, Defendant has neither answered the Complaint (Doc. 1), nor responded to the instant motion.

For the foregoing reasons, Plaintiff's **Motion for Preliminary Injunction (Doc. 6)** is **DENIED**.

Baton Rouge, Louisiana, this  10th  day of November, 2014.

‎ _____
**BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**